FILED - USDC - FLMD - ORL
AUG 19 2026 PM2:37

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEE RUSSELL,
Plaintiff,

v. Case No. 6:26-cv-01650-JSS-DCI

PENNYMAC LOAN SERVICES, LLC,
Defendant.

______________________________________/

PLAINTIFF'S NOTICE OF 90-DAY STAY OF ARBITRATION PROCEEDINGS

Plaintiff Renee Russell, proceeding pro se, respectfully files this Notice to inform the Court of a material development concerning the arbitration proceedings referenced in Plaintiff's Complaint.

1. Plaintiff's Complaint presents a threshold dispute concerning the scope, validity, enforceability, and application of the arbitration agreements presented to Plaintiff in 2019 and 2023, and requests judicial determination of the arbitration issues as they apply to the claims presented in this action.

2. Plaintiff has placed both the 2019 arbitration agreement and the 2023 arbitration agreement before the Court so that the Court may determine the governing agreement and the extent to which Plaintiff's claims, if any, are subject to arbitration.

3. Subsequent to the filing of this action, the arbitration forum formally granted a 90-day stay of the arbitration proceedings.

4. A true and correct copy of the communication confirming the 90-day stay of the arbitration proceedings is attached to this Notice as Plaintiff's Exhibit 12.

5. Plaintiff submits this Notice so that the Court is advised that the arbitration proceedings are presently stayed while the threshold arbitration issues raised in Plaintiff's Complaint remain before this Court.

6. The 90-day stay does not alter or withdraw Plaintiff's request that this Court determine the threshold issues raised concerning the 2019 and 2023 arbitration agreements, including which agreement governs and the scope and enforceability of the applicable agreement as to the claims presented in this action.

7. By filing this Notice, Plaintiff does not concede that any particular claim or issue is subject to arbitration. Plaintiff respectfully maintains the arbitration positions and requests for judicial determination set forth in her Complaint.

Dated: August 15, 2026

Respectfully submitted,

Renee Russell 8/15/26

---

RENEE RUSSELL
Plaintiff, Pro Se
6929 Five Oaks Drive
Harmony, Florida 34773
Telephone: 407-752-4178
Email: mrsrussell1970@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2026, a true and correct copy of the foregoing Plaintiff's Notice of 90-Day Stay of Arbitration Proceedings, together with Plaintiff's Exhibit 12, was served by United States Mail upon Defendant PennyMac Loan Services, LLC, through its registered agent, at the following address:

PENNYMAC LOAN SERVICES, LLC
c/o C T CORPORATION SYSTEM
Registered Agent
1200 South Pine Island Road Suite 250
Plantation, Florida 33324

Renee Russell 8/15/26

---

Renee Russell
Plaintiff, Pro Se

PLAINTIFF'S EXHIBIT 12

AAA COMMUNICATION CONFIRMING 90-DAY STAY OF ARBITRATION PROCEEDINGS