# EXHIBIT

# 12

A

**AAA Sherika Samuel** Aug 6, 2026, 4:32 PM (9 days ago)

to me, AAA, Paul, Aaron, Dale

Good afternoon,

Per the below and attached email request(s) from Claimant, this case is now stayed for 90 days per **Employment** **Rule R-2**. Please keep the AAA updated should anything change regarding the status of this AAA case.

Respectfully,

**AAA Sherika Samuel**
Manager of ADR Services

American Arbitration Association
1 Glenlake Parkway NE, Suite 650, Atlanta, GA 30328
**E:** SherikaSamuel@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The NonProfit Times Best Nonprofits To Work For ★2026★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Renee Russell <mrsrussell1970@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:09 PM
**To:** AAA Sherika Samuel <SherikaSamuel@adr.org>; Nason, Paul <Paul.Nason@troutman.com>; Nava, Aaron <aaron.nava@troutman.com>; Evans, Dale <Dale.Evans@troutman.com>
**Subject:** Subject: URGENT – Objection to Arbitrator Appointment and Fee Non-Compliance and Arbitration Stay – Case 01-26-0003-0556 in accordance to R-2.

***** External E-Mail – Use Caution *****

**2 Attachments** • Scanned by Gmail

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Renee Russell

*Plaintiff(s)*

v.

PennyMac Loan Services, LLC aka Private National Mortgage Acceptance Company, LLC

*Defendant(s)*

Civil Action No. 6:26-CV-01650-JSS-DCI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PENNYMAC LOAN SERVICES, LLC
c/o C T Corporation System, Registered Agent
1200 South Pine Island Road, Suite 250
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Renee Russell
6929 Five Oaks Drive
Harmony, FL 34773
407-752-4178
mrsrussell1970@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 29, 2026

*Signature of Clerk or Deputy Clerk*

FILED - USDC - FLMD - ORL
AUG 4 2026 PM12:36

Civil Action No. **6:26-CV-01650-JSS-DCI**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **PENNYMAC LOAN SERVICES LLC.** was received by me on **8/02/2026:**

☐ I personally served the **SUMMONS; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET; MOTIONS AND EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Irennee Mortimer**, who is designated by law to accept service of process on behalf of **PENNYMAC LOAN SERVICES LLC.** at **1200 S Pine Island Rd Ste 250, Plantation, FL 33324-4459** on **08/03/2026** at **11:57 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 84.25** for services, for a total of **$ 84.25**.

I declare under penalty of perjury that this information is true.

Date: 08/03/2026

[signature]

*Server's signature*

**Shushama Mannan**

*Printed name and title*

**4170 Inverrary dr**
**201**
**Lauderhill, FL 33319**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF; CIVIL COVER SHEET; MOTIONS AND EXHIBITS, to Irennee Mortimer who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**

Tracking #: 0235282303

# Subject: URGENT: Notice of Service of Federal Case / Mandatory Rule R-2(c) Stay - AAA Case No. 01-26-0003-0556

**Renee Russell** <mrsrussell1970@gmail.com> Wed, Aug 5, 4:21 PM (10 days ago)
to AAA Sherika Samuel

***** External E-Mail – Use Caution *****

Dear Case Manager,

Attached please find the filed federal complaint and proof of service showing the registered agent of PennyMac was formally served on 8/3/26.

As documented by these attachments, I have successfully sought judicial intervention within 30 days of the arbitration's commencement. Pursuant to **AAA Consumer Rule R-2(c)**, the AAA must now officially suspend administration of this matter for **90 calendar days.**

Please confirm that this case is formally stayed, that the arbitrator's appointment is paused, and that my 14-day deadline to respond to opposing counsel's amended demand is frozen.

I made this request yesterday with no response.

Thank you,

Renee Russell

**One attachment** • Scanned by Gmail Add to Drive




COMPLETED SER..