# Exhibit A

AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

## Review Your Information

### Claimant Party - "RENEE RUSSELL"

#### Party Information

| First Name | Last Name | Company Name | Address | City | State | Zip | Country | Email | Phone |
|---|---|---|---|---|---|---|---|---|---|
| RENEE | RUSSELL | | 6929 five oaks drive | Harmony | FL | 34773 | US | mrsrussell1970@gmail.com | 4077524178 |

#### Representative Information (if known)

| First Name | Last Name | Firm Name | Address | City | State | Zip | Country | Email | Phone |
|---|---|---|---|---|---|---|---|---|---|
| RENEE | RUSSELL | | 6929 five oaks drive | Harmony | FL | 34773 | US | mrsrussell1970@gmail.com | 4077524178 |

### Respondent Party - "PennyMac aka Private National Mortgage Acceptancy company, LLC"

#### Party Information

| First Name | Last Name | Company Name | Address | City | State | Zip | Country | Email | Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | PennyMac aka Private National Mortgage Acceptancy company, LLC | 3043 Townsgate Road Suite 200 | Westlake Village | CA | 91361 | US | david.spector@pnmac.com | 8182247442 |

#### Representative Information (if known)

| First Name | Last Name | Firm Name | Address | City | State | Zip | Country | Email | Phone |
|---|---|---|---|---|---|---|---|---|---|
| | | CT Corporation System | 1200 South Pine Island Suite 250 | Plantation | FL | 33324 | US | david.spector@pnmac.com | 9544735503 |

AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES DEMAND FOR ARBITRATION

## Dispute Information - "Employment"

| | |
|---|---|
| Type of Dispute | Employment |
| Employee/Worker's Annual Wage Range | $100,000-$250,000 |
| Time-Imposed Deadlines | Yes |
| Agreed to Mediate | No |
| Agreed to Mediator | No |
| Mediator Name | Not Applicable |
| Does the agreement call for 1 or 3 arbitrators? | 0 |
| Is the American Arbitration Association named in your contract? | Yes |
| If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box. | Yes |
| Do You Have Court Order? | No |
| Type of Claim | Both Monetary and Non-Monetary |
| Amount of Claim | $2,695,000.00 |
| Claim Involves | Statutorily Protected Rights |
| Nature of Each Claim | Claimant, a Senior Mortgage Underwriter (DE certified), asserts claims for Constructive Discharge (effective 08/11/2025), Disability Discrimination, and Retaliation under Title VII of the Civil Rights Act and the Americans with Disabilities Act (ADA). FMLA and Cobra Interference, time card manipulation to steal time from injured worker, ERISA law violations and fiduciary breach involving fully vested 401K $223,118.17. The claims arise from the Respondent's failure to provide reasonable accommodations for a documented medical condition and the subsequent creation of an intolerable work environment intended to force Claimant's resignation. Furthermore, Claimant alleges Whistleblower Retaliation, asserting that the adverse employment actions were taken in response to Claimant's refusal to participate in, and reporting of, systemic 'rubber-stamping' and software manipulation practices that violated HUD/FHA underwriting compliance standards. Claimant seeks back pay, front pay, and statutory compensatory and punitive damages." Part 2: The UPL (Unauthorized Practice of Law) Synopsis Including the Troutman Pepper issue is critical because it speaks to the "bad faith" and procedural misconduct that can lead to higher punitive awards. In Florida, UPL (practicing law without a Florida license or proper authorization) is a serious violation and the Respondent (Pennymac), through its authorized agents and insurance carriers, engaged in a pattern of bad faith delays and procedural misconduct intended to deprive the Claimant of her rights and benefits, further contributing to the constructive discharge and hostile environment. PennyMac used systemic abuse against me as an injured worker and DE professional for their financial gain and to punish me for speaking up numerous times, all the way to CEO, corporate veil pierced. Costing me my recovery, future need for multiple surgeries and my career with their egregious acts. |
| Other Relief Sought | Interest<br>Arbitration Costs<br>Punitive/Exemplary<br>Other [Other] |
| The qualifications for arbitrator(s) to hear this dispute | I am seeking an arbitrator with extensive experience in federal employment law (ADA, FLSA, Title VII) and whistleblower retaliation. Ideally, the candidate should have a background in the mortgage/financial services industry or experience with HUD compliance issues. I prefer a retired judge or a seasoned practitioner who has experience managing pro se litigants and complex, document-heavy cases involving constructive discharge |
| Estimated time needed for hearings(s) overall | 14 Days & 0 Hrs |
| Virtual Hearing | Yes |
| Hearing Locale | Virtual Hearing |