# Exhibit B

## Nava, Aaron

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, June 25, 2026 11:32 AM
**To:** Renee Russell
**Cc:** Nava, Aaron; Evans, Dale; Nason, Paul; Berkshier, Gina
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Good afternoon,

We just received the notice of appearance from the respondent for this matter. We have allowed only an extension of one week for the respondent to pay their share of the filing fee. The respondent just requested wire instructions in order to send the payment. Absent receipt of the payment on July 9, 2026, the AAA will close this case.

Thank you.

Warmest regards,
*Lisa K. Heney*
On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Renee Russell <mrsrussell1970@gmail.com>
**Sent:** Thursday, June 25, 2026 12:25 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Nava, Aaron <Aaron.Nava@troutman.com>; Evans, Dale <Dale.Evans@troutman.com>; Nason, Paul <Paul.Nason@troutman.com>
**Subject:** Re: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

**Subject:** URGENT CONSUMER OBJECTION: Request to Deny Extensions and Revert to July 2nd Cutoff — Case No. 01-26-0003-0556

Dear AAA Case Manager,

I am writing to formally object to the Respondent's (PennyMac) attempt to move the goalposts in this administration. I understand the Respondent has requested an extension to July 23, 2026, and that an interim extension was previously floating toward July 9th.

Because the Respondent's delays are entirely self-inflicted and born of corporate negligence, **I respectfully request that the AAA deny both requests and hold the Respondent to a strict, immediate deadline of July 2nd, 2026, to pay their mandatory fees and file an answer.**

My objection rests on the following facts:

## 1. Direct, Immediate Executive Notice Was Served in Early May

The Respondent's claim to the AAA that they "had no notice" is a blatant misrepresentation of fact.

- The formal arbitration Demand was delivered **directly to the verified corporate email address of PennyMac's Chairman and CEO, David Spector**, back in early May when I filed my initial complaint and paid my fee. The June 2, 2026 notice went out in email and mail.
- Serving the highest-ranking executive of a corporation via his direct corporate email is the digital equivalent of handing it to him in his office. It is legally flawless notice.
- If PennyMac's executive office failed to internally forward a major legal matter to its legal department for nearly two months, that is an internal management breakdown. A multi-billion dollar corporation should not be rewarded with a 3-to-4 week extension because they failed to open their own CEO's email.

## 2. The July 23rd Scramble is to Cover Up a UPL Violation

The sudden introduction of a new attorney from West Palm Beach is not a routine request for counsel to get up to speed. It is a desperate corporate scramble.

- The Respondent originally assigned a non-attorney in Florida (Aaron Nava TX and Paul Nason TX, AZ) to handle legal components of prior issues with proper Federal service and other FL issues, which triggered an immediate Unauthorized Practice of Law (UPL) Complaint I filed back in March 2026.
- I was just made aware of Dale Evans (FL attorney replacement for Aaron Nava and Paul Nason) on June 15, 2026; far beyond when I made my AAA case in early May.
- The Respondent is now asking the AAA to freeze this administration until late July simply so they can clean up their own regulatory and staffing compliance errors. The consumer should not endure weeks of financial uncertainty to accommodate PennyMac's compliance failures.

## Conclusion & Request for Immediate Action

Under AAA Consumer Rule R-51, extensions require a showing of "good cause." Corporate negligence and scrambling to fix a UPL issue do not constitute good cause.

I request that the AAA **reject the July 23rd request, cancel the July 9th indulgence, and reset the firm deadline to July 2nd, 2026.** If PennyMac fails to pay their mandatory administrative filing fees by that date, the case should be immediately closed under an Administrative Default so that I may take my remedies—and this record of bad faith—directly to federal court.

Sincerely,

Renee Russell

Consumer Claimant

On Thu, Jun 25, 2026 at 11:42 AM Employment Filing Team <EmploymentFiling@adr.org> wrote:

This information has been added to the case.

Thank you.

Warmest regards,

*Lisa K. Heney*

On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
**T:** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, dis distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immed reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Nava, Aaron <Aaron.Nava@troutman.com>
**Sent:** Thursday, June 25, 2026 11:33 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Evans, Dale <Dale.Evans@troutman.com>; Nason, Paul <Paul.Nason@troutman.com>; Renee Russell <mrsrussell1970@gmail.com>
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

*** External E-Mail – Use Caution ***

Thank you, Ms. Heney. We appreciate your assistance. The complete contact information is below:

**Dale Evans**

Partner

Troutman Pepper Locke LLP

777 South Flagler Drive

East Tower Suite 215

West Palm Beach, FL 33401

Dale.Evans@troutman.com

561.820.0248

**Paul Nason**

Partner

Troutman Pepper Locke LLP

2200 Ross Ave., Suite 2800

Dallas, TX 75201

Paul.Nason@troutman.com

214.740.8562

**Aaron Nava**

Associate

Troutman Pepper Locke LLP

2200 Ross Ave., Suite 2800

Dallas, TX 75201

Aaron.Nava@troutman.com

214.740.8370

**Aaron Nava**
**Associate**
**troutman pepper locke**
Direct: 214.740.8370
aaron.nava@troutman.com

---

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, June 25, 2026 10:05 AM
**To:** Nava, Aaron <Aaron.Nava@troutman.com>
**Cc:** Evans, Dale <Dale.Evans@troutman.com>; Nason, Paul <Paul.Nason@troutman.com>; Renee Russell <mrsrussell1970@gmail.com>
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Good morning,

Please provide the full contact information, including the mailing addresses, for Dale Evans, Paul Nason and yourself so we can add the correct information to the case.

At this time, we kindly ask the claimant to provide the respondent with the filing documents per the below request. Per the AAA Employment Rules, it is the responsibility of the Claimant to serve the Respondent.

Please note, the respondent's share of the filing fee in the amount of $2100.00 remains due. At this moment, we can grant an extension of 1 week for the respondent to provide the payment. Absent receipt of the payment on July 9, 2026, the AAA will close this file. Please copy the opposing party on all correspondence regarding this matter.

Thank you.

Warmest regards,

*Lisa K. Heney*

On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, dis
distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immed
reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Nava, Aaron <Aaron.Nava@troutman.com>
**Sent:** Thursday, June 25, 2026 10:56 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Evans, Dale <Dale.Evans@troutman.com>; Nason, Paul <Paul.Nason@troutman.com>
**Subject:** FW: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

Good morning,

This Firm represents Private National Mortgage Acceptance Company, LLC ("Pennymac"). Yesterday afternoon, Pennymac became aware that Renee Russell initiated an arbitration against the Company. It appears she listed the Company's CEO as the client contact (rather than Pennymac's attorneys, with whom she has previously contacted). Accordingly, we were unaware until yesterday afternoon that Ms. Russell initiated a demand, or that any filing fee was due.

Can you please add Dale Evans (lead counsel on this matter, copied on this email), Paul Nason (attorney, copied on this email), and me (attorney) to the Portal so that we can obtain a copy of the Demand for Arbitration? In addition, can you please grant an extension until July 23, 2026, for Pennymac to pay its portion of the arbitration fee? Given the upcoming Fourth of July holiday and because Pennymac was unaware of this matter until yesterday, it will take a couple of weeks for Pennymac to issue the check through its AP department.

Please let us know if you have any questions or concerns.

Thank you,

Aaron

**Aaron Nava**
**Associate**
Direct: 214.740.8370
aaron.nava@troutman.com

**troutman pepper locke**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
troutman.com

---------- Forwarded message ---------
From: **David Spector** <david.spector@pennymac.com>
Date: Wed, Jun 24, 2026 at 2:17 PM
Subject: Fwd: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

**David Spector**

Chairman and CEO

Office: 818-224-7025 | Mobile: 818-292-5972

David.spector@pennymac.com

PENNYMAC.COM

CONFIDENTIAL. This message (and any attachments) is intended solely for the use of the intended recipient(s) and may contain information that is privileged, confidential or proprietary. If you are not an intended recipient, please notify the sender, and then please delete and destroy all copies and attachments, and be advised that any review or dissemination of, or the taking of any action in reliance on, the information contained in or attached to this message is prohibited. 36 USC 220506

---------- Forwarded message ---------
From: **Employment Filing Team** <EmploymentFiling@adr.org>
Date: Wed, Jun 24, 2026 at 11:11 AM
Subject: RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556
To: Renee Russell <mrsrussell1970@gmail.com>
CC: david.spector@pnmac.com <david.spector@pnmac.com>

Good morning,

We have not yet received the respondent’s share of the filing fee. We will follow up with formal correspondence to both parties if the payment is not received on the due date of July 2, 2026.

Thank you.

Warmest regards,

*Lisa K. Heney*

On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, dis distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immed reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Renee Russell <mrsrussell1970@gmail.com>
**Sent:** Wednesday, June 24, 2026 11:02 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Re: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

Hello,

Please advise if they paid the employer paid their fee yet? Is there a place I can look. What happens if the fee is not paid by July 2, 2026. Do you issue a default letter?

I have a Right To Sue lletter from EEOC and I filed this Arbitratiin Petition early May and it will be almost 2 months waiting.

Thank you for ypur help.

Sent via the Samsung Galaxy S25 Ultra, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Employmentfiling@adr.org <Employmentfiling@adr.org>
**Sent:** Tuesday, 02 June 2026 09:40:41
**To:** david.spector@pnmac.com <david.spector@pnmac.com>; mrsrussell1970@gmail.com <mrsrussell1970@gmail.com>
**Subject:** Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.