# Exhibit C

**Nava, Aaron**

---

| | |
|---|---|
| **From:** | Employment Filing Team <EmploymentFiling@adr.org> |
| **Sent:** | Wednesday, July 8, 2026 10:38 AM |
| **To:** | Berkshier, Gina |
| **Cc:** | Nava, Aaron |
| **Subject:** | RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556 |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Good morning,

The payment has been received and the case has been assigned to a case manager for further administration.

Thank you.

Warmest regards,
*Lisa K. Heney*
On behalf of the AAA Employment Filing Team


**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA


The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl
distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia
reply email and destroy all copies of the transmittal. Thank you.

**From:** Berkshier, Gina <Gina.Berkshier@troutman.com>
**Sent:** Wednesday, July 8, 2026 11:35 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Nava, Aaron <Aaron.Nava@troutman.com>
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

Good morning, Lisa,

Would you please confirm your receipt of the $2,100 payment of Pennymac's portion of the arbitration fee? It was wired to the AAA on June 25, 2026.

Thank you,
Gina

**Gina Berkshier**
**Legal Practice Assistant**
**troutman pepper locke**
Direct: 214.740.8257
gina.berkshier@troutman.com

---

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, June 25, 2026 11:30 AM
**To:** Berkshier, Gina <Gina.Berkshier@troutman.com>
**Cc:** Evans, Dale <Dale.Evans@troutman.com>; Nava, Aaron <Aaron.Nava@troutman.com>; Nason, Paul <Paul.Nason@troutman.com>; mrsrussell1970@gmail.com
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Please see attached and please copy the opposing party on all correspondence regarding this matter.

Thank you.

Warmest regards,
*Lisa K. Heney*
On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
**T:** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Berkshier, Gina <Gina.Berkshier@troutman.com>
**Sent:** Thursday, June 25, 2026 12:21 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

Thank you, Lisa! I will get this submitted as soon as possible. Would you also be so kind as to send me the correspondence that states the arbitration fees required? I would greatly appreciate it.

Thank you,
Gina

**Gina Berkshier**
**Legal Practice Assistant**
**troutman pepper locke**
Direct: 214.740.8257
gina.berkshier@troutman.com

---

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Thursday, June 25, 2026 11:16 AM
**To:** Berkshier, Gina <Gina.Berkshier@troutman.com>
**Subject:** RE: Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Good afternoon,

Please see attached for our wire instructions.

Thank you.

Warmest regards,
*Lisa K. Heney*
On behalf of the AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
120 Broadway,Floor 21 – Intake, New York, NY 10271
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Berkshier, Gina <Gina.Berkshier@troutman.com>
**Sent:** Thursday, June 25, 2026 12:10 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Renee N. Russell v. PennyMac aka Private National Mortgage Acceptancy - Case 01-26-0003-0556

***** External E-Mail – Use Caution *****

Good morning, Lisa,

I will be issuing a check for $2,100 to cover Respondent's portion of the arbitration fee. If you would provide me with wiring instructions, I can have the money wired to you as soon as possible. If you prefer a check, I will have our accounting department issue and mail a check to you as soon as possible.

Thank you,
Gina

**Gina Berkshier**
**Legal Practice Assistant**
Direct: 214.740.8257
gina.berkshier@troutman.com

**troutman pepper locke**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
troutman.com

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.