# Exhibit D

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Southeast Case Management Center
Chante Little
Assistant Vice President
1 Glenlake Parkway NE
Suite 650
Atlanta, GA 30328
Telephone: (404)325-0101

July 8, 2026

Renee N. Russell
6929 Five Oaks Drive
Harmony, FL 34773-3477
Via Email to: mrsrussell1970@gmail.com

Dale Evans, Esq.
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Via Email to: dale.evans@troutman.com

Case Number: 01-26-0003-0556

Renee N. Russell
-vs-
PennyMac aka Private National Mortgage Acceptancy
Company, LLC

Dear Parties:

The American Arbitration Association (the AAA) acknowledges receipt on May 1, 2026, of a Demand for Arbitration dated May 1, 2026 which has been filed with us in accordance with the employment plan or contract containing a clause providing for administration by the AAA.

As of October 1, 2017, the AAA applies the Employment/Workplace Fee Schedule to employment disputes as well as any dispute between an individual (who has provided services as an individual and not incorporated) and a business or organization. The outcome of our preliminary administrative review, which is subject to review by the arbitrator, is to apply the Employment/Workplace Arbitration Rules and Employment/Workplace Fee Schedule to this dispute, a copy of which is located on our website at www.adr.org. Please review the *AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy* and *AAA-ICDR Cybersecurity Checklist* that are enclosed with this correspondence. AAA Panelists acknowledge the importance of cybersecurity in safeguarding case-related data and commit to proactively addressing cyber security concerns to uphold the confidentiality and integrity of the process. Panelists further agree to follow the *AAA-ICDR Best Practices Guide for Maintaining Cybersecurity and Privacy*.

The AAA WebFile® Electronic Case Filing Guidelines apply to this dispute. The AAA requires the parties to use AAA WebFile® to file online their pleadings, including claims, counterclaims, answers, motion briefing, pre- and post-hearing briefs, and other substantive filings. To e-file or view documents on AAA WebFile, case participants must have an active AAA WebFile account and must have previously filed a notice of appearance or otherwise appeared in the case. If you have any questions, please refer to the AAA WebFile® Electronic Case Filing ("ECF") Guidelines FAQ or contact your case manager.

If you have an AAA WebFile account, you should see this case listed when you log in. If you do not see the case number, please contact me. If you do not have an AAA WebFile account, please navigate to www.adr.org and click "Log In" at the top, and then select "Register Now".

Please make note of the Case Management Fee referenced in the Employment/Workplace fee schedule. In the event this matter closes for any reason prior to the Case Management Fee being due, it will not be charged.

Mediation is a private, non-binding process under which the parties submit their dispute to a third-party neutral. The mediator may suggest ways of resolving the dispute, but may not impose a settlement on the parties; the parties attempt to negotiate their own settlement agreement. Please contact me for further details regarding mediation.

Please note the following:

- The Respondent has until **July 23, 2026** to file an answer to the claim. If an answer is not received, we will assume a general denial. Please reference the Rules if filing a counterclaim.

- We note the parties' agreement stipulates the locale for the hearings as FL. Please refer to Rule 12.

- Attached is a list for your selection of the arbitrator. Please see the attached list for further instruction on this process. This list is due on **July 23, 2026**.

- We also ask that the attached Checklist for Conflicts be returned to the AAA by **July 23, 2026**. Further instructions are also located on the enclosed sheet.

- Provided that the AAA has email addresses for all parties, the AAA will communicate with the parties via email for all AAA communications, unless notified otherwise.

Finally, per Employment/Workplace Arbitration Rule 42, please be advised that an award issued under these rules may be publicly available, on a cost basis. The names of the parties and witnesses will not be publicly available.

If you have any questions or need clarification on any of the enclosed documents, please feel free to call or email me at any time.

Sincerely,

/s/ Jasmine Murray on behalf of

Sherika Samuel
Manager of ADR Services
Direct Dial: (786)406-6645
Email: SherikaSamuel@adr.org

Enclosure

cc:
Aaron Nava, Esq.
Paul Nason, Esq.

**AMERICAN ARBITRATION ASSOCIATION**
**CHECKLIST FOR CONFLICTS**

In the Matter of the Arbitration between:

Case Number: 01-26-0003-0556

Renee N. Russell
-vs-
PennyMac aka Private National Mortgage Acceptancy
Company, LLC

DATE LIST DUE: **July 23, 2026**

The AAA must advise each neutral, upon appointment, complete names of all entities and persons involved in this matter. You should be aware that arbitrators will need to divulge any relevant information in order to make appropriate and necessary disclosures in accordance with the applicable arbitration rules. In order to do so we ask that you complete this attached list including the following:

Witnesses
Consultants
Attorneys
Subsidiaries
Any other related entities or persons

This form will only be used as a list for conflicts, not a preliminary or final witness list. Please note that the AAA will not divulge this information to the opposing party and the parties are not required to exchange this list.

For your convenience, this form may be completed online through AAA's WebFile. If you do not have a WebFile account, please contact your case manager. You may then complete the Conflicts Checklist as part of this case's online record.

| FULL NAME | AFFILIATION | ADDRESS |
| --- | --- | --- |

DATED: ______________________ PARTY: ______________________________________

Please Print

**AMERICAN ARBITRATION ASSOCIATION**
**LIST FOR SELECTION OF ARBITRATOR**

In the Matter of the Arbitration between:

Case Number: 01-26-0003-0556

Renee N. Russell
-vs-
PennyMac aka Private National Mortgage Acceptancy
Company, LLC

CASE MANAGER: Sherika Samuel
DATE LIST SUBMITTED: July 8, 2026

DATE LIST DUE: **July 23, 2026**
*************************************************************************************
In accordance with the Rules we are providing you a list of arbitrators who are members of our Employment Panel. Along with this list are the attached Biographical Information Sheets on each arbitrator listed. We encourage parties to review the following list of arbitrators and if possible, agree to a single arbitrator from this list.

Should parties not be able to agree to an arbitrator please review and independently submit the attached list to me by **July 23, 2026**. In accordance with the Rules:

Strike any names that you have an objection on
Number the remaining names in order of preference
Return list to AAA upon completion

Should you not return your list by the above date all names will be deemed acceptable.

Note: If appointment cannot be made from this list the AAA may appoint without the submission of an additional list, in accordance with the rules. For your convenience, this form may be completed online through AAA's WebFile at www.adr.org.

Brian P. Battaglia, Esq.

Lynn H. Cole, Esq.

Linda B. Edwards, Esq.

John M. Finnigan, Esq.

Hon. Melvia B. Green

Christina Magee, Esq.

Armando A. Rodriguez-Feo, Esq.

Gary S. Salzman, Esq.

Kevin W. Shaughnessy, Esq.

Christopher M. Shulman, Esq.

*************************************************************************************

Arbitrators are compensated at the rate stated on their biographical data. The compensation is an independent obligation of the parties and it is understood that the American Arbitration Association has no liability, direct or indirect, for such payments. Deposits shall be made promptly with the AAA as required by the case manager, pursuant to the Rules, subject to final appointment by the arbitrator in the award. If you have any questions please call or email me.

Party: ____________________________________

By: ______________________________________

Title: _____________________________________

# ARBITRATION INFORMATION SHEET

This document provides information about your upcoming arbitration and the expectations concerning each party's conduct throughout the process. Please save this information sheet so that you may refer to it throughout the arbitration.

**Administrative Conference**

The AAA may conduct an Administrative Conference with the parties to discuss issues that will assist the AAA in administering the case as efficiently as possible. This is also a good time for the parties to discuss ways to conduct the arbitration to meet their specific needs. Please be prepared to discuss the following:

- estimates on the expected duration of the case;
- method of appointment of arbitrators, if applicable;
- your views on the qualifications of the arbitrators to be proposed;
- the possibility of submitting this dispute to mediation;
- the handling of extension requests;
- means of communication between the AAA and the parties;
- AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy and AAA-ICDR Cybersecurity Checklist

**Exchange of Correspondence and Documents**

It is also important to note that the parties must exchange copies of all correspondence during the course of the arbitration. The two exceptions are the Checklist for Conflicts mentioned above and the party's arbitrator ranking list, which you will receive further information on during the course of the arbitrator appointment process. The parties only need to send copies of documents, such as discovery, to the AAA if the document is to be transmitted to the arbitrator for a determination.

**Communications with Arbitrator**

It is very important that parties do not engage in any ex-parte communications with the arbitrator. So as to minimize the potential of such communications, this case will be administered by facilitating the exchange of appropriate written documents through the AAA. To ensure the proper handling of all case-related documents, the parties are asked not to submit correspondence directly to the arbitrator. Correspondence should be submitted to your case manager for transmittal to the arbitrator, copying the other party.

**Timeliness of Filings**

Please pay particular attention to response dates included on any correspondence I send you. Untimely filings or responses will not be considered by the AAA. Therefore, if you need an extension to any deadline, please contact the other party to reach an agreement. In the event you are unable to agree, the AAA or the arbitrator will determine if an extension will be granted.

**Locale of the Arbitration**

The parties may agree to a locale for the arbitration. This agreement can be made in the parties' agreement or contract, or when the arbitration is submitted to the AAA. The AAA will place the arbitration within the agreed upon locale.

If the parties' contract or agreement does not specify a locale and the parties cannot agree on a locale, the AAA's Rules empower the AAA to determine the locale, subject to the power of the arbitrator, after his or her appointment, to make a final determination. In these circumstances, the claimant will generally request that the hearing be held in a specific locale. If the respondent fails to file an objection to the locale requested by the claimant within 15 calendar days after the notice of the request has been sent to it by the AAA, the AAA will confirm the locale requested by the claimant is agreeable.

When a locale objection is filed, each party is requested to submit written statements regarding its reasons for preferring a specific locale. In preparing their written statements, the parties are asked by the administrator to address the following issues:

- Location of parties & attorneys.
- Location of witness and documents.
- Location of records.
- If construction, location of site, place or materials and the necessity of an on-site inspection.
- Consideration of relative difficulty in traveling and cost to the parties.
- Place of performance of contract.
- Place of previous court actions.
- Location of most appropriate panel.
- Any other reasonable arguments that might affect the locale determination.

**AAA WebFile**
We invite the parties to visit our website to learn more about how to file and manage your cases online. As part of our administrative service, AAA's WebFile allows parties to perform a variety of case related activities, including:

- File additional claims
- Complete the Checklist for Conflicts form
- View invoices and submit payment
- Share and manage documents
- Strike and rank listed neutrals
- Review case status or hearing dates and times
- Upload hearing exhibits in a dedicated space activated by the arbitrator

AAA WebFile provides flexibility because it allows you to work online as your schedule permits - day or night. Cases originally filed in the traditional offline manner can also be viewed and managed online. If the case does not show up when you log in, please contact your AAA case manager to request access.

**Refund Schedule**
For disputes proceeding under the Employment/Workplace Fee Schedule, the AAA administrative fees are nonrefundable.