# Exhibit E

Renee N. Russell
Plaintiff

01-26-0003-0556
Case No.

vs.

Private National Mortgage Acceptance Company, LLC
Defendant

**VERIFIED STATEMENT PURSUANT TO**
**RULE 1-3.11, RULES REGULATING THE FLORIDA BAR**

Comes now Aaron S. Nava, Movant herein, and respectfully represents the following:

1. Movant is an attorney and a member of the law firm of (or practices law under the name of) Troutman Pepper Locke LLP, with offices at 2200 Ross Avenue, Suite 2800 (Street Address), Dallas (City), Dallas (County), Texas (State), 75201 (Zip Code), 214-740-8000 (Telephone Number).

2. Movant has been retained personally or as a member of the above named law firm on June 24, 2026 (Date Representation Commenced) by Private National Mortgage Acceptance Company, LLC (Name of Party or Parties) ______ (If the name of party or parties is confidential pursuant to an order, rule, or agreement of the parties, this information does not need to be provided and only the date on which the representation commenced must be disclosed), to provide legal representation in connection with the above-styled arbitration now pending in the State of Florida.

3. Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s): Include attorney or bar number(s): (attach additional sheet if necessary)

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| U.S. Court of Appeals for the Fifth Circuit | 24134375 |
| U.S. Court of Appeals for the Ninth Circuit | 24134375 |
| U.S. District Court for the District of Arizona | 036428 |
| Supreme Court of Arizona | 036428 |
| See attached sheet for complete list | |

4. There are no disciplinary proceedings pending against Movant, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(attach additional sheet if necessary)

N/A

5. Within the past five (5) years, Movant has not been subject to any disciplinary proceedings, except as provided below (give jurisdiction of disciplinary action, date of disciplinary action, nature of the violation and the sanction, if any, imposed):
(attach additional sheet if necessary)

N/A

6. Movant is not disbarred or suspended from practice in any jurisdiction.

7. Movant is not a Florida resident.

8. Movant is not a member of The Florida Bar but ineligible to practice law.

9. Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Rule 1-3.11 of the Rules Regulating The Florida Bar, except as provided below (give date of disciplinary action or contempt, reasons therefor, and court imposing contempt):
(attach additional sheet if necessary)

N/A

10. Movant has appeared as counsel in Florida arbitrations during the past five (5) years in the following matters (If the case name and case number are confidential pursuant to an order, rule, or agreement of the parties, this information does not need to be provided and only the dates of prior proceedings must be disclosed.):
(attach additional sheet if necessary)

| DATE OF ARBITRATION PROCEEDING | CASE NAME | CASE NUMBER |
| --- | --- | --- |
| N/A | | |
| | | |
| | | |
| | | |
| | | |

11. Movant has read the applicable provisions of Rules 1-3.11 and 4-5.5 of the Rules Regulating The Florida Bar and certifies that this verified statement complies with Rule 1-3.11.

12. Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully files this verified statement with The Florida Bar to appear in this cause only.

DATED this 9th day of July, 2026.

Aaron S. Nava
Movant

2200 Ross Avenue
Street Address 1

Suite 2800
Street Address 2

Dallas, Texas 75201
City, State Zip

aaron.nava@troutman.com
Movant's Email

STATE OF TEXAS

COUNTY OF DALLAS

I Aaron S. Nava, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Statement and know the contents thereof, and the contents are true of my own knowledge and belief.

[signature]

Movant/Affiant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing statement was furnished by U.S. mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 accompanied by payment of the $250.00 filing fee made payable to The Florida Bar and to

Pro Se Plaintiff, Renee N. Russell, 6929 Five Oaks Drive, Harmony, FL 34773-3477, Email: mrsrussell1970@gmail.com

American Arbitration Association, Southeast Case Management Ctr., Sherika Samuel, Manager of ADR Services, 1 Glenlake Parkway NE, Suite 650, Atlanta, GA 30328, Email: sherikasamuel@adr.org

(Name and Address of All Counsel of Record and of Parties Not Represented by Counsel) (If opposing counsel is not known at the time the verified statement is filed with The Florida Bar, the non-Florida lawyer shall serve a copy of the verified statement on opposing counsel within 10 days of learning the identity of opposing counsel.)
this 9th day of July, 20 26.

Movant

# ATTACHMENT TO ITEM 3 OF THE

# VERIFIED STATEMENT

## Aaron S. Nava, Movant

All courts before which applicant has been admitted to practice and is in good standing.

| State/Court | Attorney/Bar Number |
|---|---|
| U.S. Court of Appeals for the Fifth Circuit | 24134375 |
| U.S. Court of Appeals for the Ninth Circuit | 24134375 |
| U.S. District Court for the District of Arizona | 036428 |
| Supreme Court of Arizona | 036428 |
| U.S. District Court of New Mexico | 24134375 |
| New Mexico State Courts<br>Bar No. 160418 | 160418 |
| Texas State Courts<br>Bar No. 24134375 | 24134375 |
| U.S. District Court for the Eastern District of Texas | 24134375 |
| U.S. District Court for the Northern District of Texas | 24134375 |
| U.S. District Court for the Southern District of Texas<br>No. 036428 | 24134375 |
| U.S. District Court for the Western District of Texas | 24134375 |