# Exhibit H

# AMERICAN ARBITRATION ASSOCIATION
## CHECKLIST FOR CONFLICTS

In the Matter of the Arbitration between:

Renee N. Russell
Vs.
PennyMac aka Private National Mortgage Acceptancy
Company, LLC

Case Manager: Sherika Samuel

Case Number: 01-26-0003-0556

To avoid the possibility of a last-minute disclosure and/or disqualification of the Arbitrator or Arbitrators pursuant to the rules, we must advise the Arbitrator or Arbitrators of the full and complete names of all persons, firms, companies or other entities involved in this matter. Please list below the full names of all interested parties in this case, including, but not limited to, witnesses, consultants, and attorneys. In order to avoid conflicts of interest, parties are requested to also list subsidiary and other related entities. This form will only be used as a list for conflicts, not a preliminary or final witness list. Please note that the AAA will not divulge this information to the opposing party and the parties are not required to exchange this list. This form will, however, be submitted to the Arbitrator or Arbitrators together with the filing papers. You should be aware that arbitrators will need to divulge any relevant information in order to make appropriate and necessary disclosures in accordance with the applicable arbitration rules.

| Name | Affiliation | Address |
|---|---|---|
| Paul G. Nason | Attorney for Respondent | 2200 Ross Ave. Suite 2800, Texas, Dallas, United States, 75201 |
| Dale A. Evans, Jr. | Attorney for Respondent | 777 S. Flagler Drive Suite 215 East Tower, Florida, West Palm Beach, United States, 33401 |
| Aaron S. Nava | Attorney for Respondent | 2200 Ross Ave Suite 2800, Texas, Dallas, United States, 75201 |

**Submitted Online by**: PennyMac aka Private National Mortgage Acceptancy
**Dated**: Jul 23, 2026

# Renee N. Russell v. PennyMac aka Pri... et al Inactive

Case Number: 01-26-0003-0556, Manager: Sherika Samuel, (404)325-0101, SherikaSamuel@adr.org

AAA WebFile®

File a New Case

Home
My Cases
My Tasks
Events Calendar
Invoices
My Profile
Global Analytics
Rules, Forms and Fees
ClauseBuilder Tool
Education & Training
InfoSec Tips & Training
Sign Out

Help & Support

For case-related questions and assistance, please contact your case manager. For other questions, please email Customer Service at CustomerService@adr.org
Report a System Bug

Collapse Sidebar

## Documents

10 | Find by keyword or number | All Documents | Viewing Privileg | Document Group

Actions | Refresh | Print Document List | Download

| | View | Smart Summary | New | Date | Description | Document Gro |
|---|---|---|---|---|---|---|
| ☐ | View | | Yes | 8/5/2026 | 2026-08-05 Req to stay case | Administrative |
| ☐ | View | | Yes | 8/4/2026 | 2026-08-04 Req to stay case | Administrative |
| ☐ | View | | No | 8/5/2026 | DENIAL TO OPPOSING AMEN... | Claims/Counte |
| ☐ | View | | Yes | 8/5/2026 | COMPLETED SERVICE OF FE... | Administrative |
| ☐ | View | | No | 8/5/2026 | Answer to Amended Demand ... | Claims/Counte |
| ☐ | View | | Yes | 7/30/2026 | 2026-07-29 Arbitrator Disclo... | Arbitrator Sele |
| ☐ | View | | No | 7/23/2026 | 2026-07-23 Arbitrator Rankin... | Arbitrator Sele |
| ☐ | View | | No | 7/23/2026 | EEOC RIGHT TO SUE AND CH... | Claims/Counte |
| ☐ | View | | No | 7/23/2026 | ARBITRATION COMPLAINT D... | Claims/Counte |
| ☐ | View | | No | 7/23/2026 | Claimants Notice of Procedur... | Claims/Counte |

Page 1 of 2 (1-10 of 17 items) 1 2