# Exhibit J

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

Southeast Case Management Center
Chante Little
Assistant Vice President
1 Glenlake Parkway NE
Suite 650
Atlanta, GA 30328
Telephone: (404)325-0101

July 30, 2026

Renee N. Russell
6929 Five Oaks Drive
Harmony, FL 34773-3477
Via Email to: mrsrussell1970@gmail.com

Dale Evans, Esq.
Troutman Pepper Locke LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Via Email to: dale.evans@troutman.com

Case Number: 01-26-0003-0556

Renee N. Russell
-vs-
PennyMac aka Private National Mortgage Acceptancy
Company, LLC

Dear Parties:

From the arbitrator lists submitted the American Arbitration Association (the AAA) has appointed Armando A. Rodriguez-Feo, Esq. Enclosed please find copies of the arbitrator's duly executed Notice of Appointment and Notice of Compensation Arrangements.

Arbitrator Rodriguez-Feo has made a disclosure, as detailed on the enclosed Notice of Appointment and attachment. Please advise the AAA of any objections to the appointment of Arbitrator Rodriguez-Feo by **August 6, 2026**, copying the other side. The arbitrator shall not be copied on any comments related to the disclosure.

You may also share and manage correspondence through AAA's WebFile. The Case Administrator will determine who should receive viewing privileges and grant access accordingly.

If any objections to this arbitrator's appointment are raised, the other party may respond within **five (5) business days**. The AAA will make a determination regarding the arbitrator's appointment, in accordance with the Rules.

As requested by the arbitrator, if either party or their counsel knows of any contact or conflict that may be relevant, please communicate this information to the AAA immediately.

Please do not hesitate to contact us with any questions and/or concerns.

Sincerely,

/s/Jasmine Murray on behalf of

Sherika Samuel
Manager of ADR Services
Direct Dial: (786)406-6645
Email: SherikaSamuel@adr.org

Enclosure

cc:
Aaron Nava, Esq.
Paul G. Nason, Esq.

Armando A. Rodriguez-Feo, Esq.