# Exhibit L

**From:**Renee Russell
**Sent:**Wednesday,August 05, 2026 4:21 PM
**To:** AAA Sherika Samuel
**Cc:**
**Subject:** URGENT: Notice of Service of Federal Case / Mandatory Rule R-2(c) Stay - AAA Case No. 01-26-0003-0556

***** External E-Mail – Use Caution *****

Dear Case Manager,

Attached please find the filed federal complaint and proof of service showing the registered agent of PennyMac was formally served on 8/3/26.

As documented by these attachments, I have successfully sought judicial intervention within 30 days of the arbitration's commencement. Pursuant to **AAA Consumer Rule R-2(c)**, the AAA must now officially suspend administration of this matter for **90 calendar days**.

Please confirm that this case is formally stayed, that the arbitrator's appointment is paused, and that my 14-day deadline to respond to opposing counsel's amended demand is frozen.

I made this request yesterday with no response.

Thank you,

Renee Russell