# Exhibit M

**AAA CASE NO.:** CASE NO. 01-26-0003-0556

**PARTIES:** RENEE RUSSELL v. PRIVATE NATIONAL MORTGAGE ACCEPTANCE COMPANY, LLC,

**CLAIMANT/RESPONDENT'S PROTECTIVE ANSWER AND GENERAL DENIAL**

The Claimant/Respondent hereby submits this Protective Answering Statement in response to the opposing party's Amended Demand served on August 5, 2026. As a primary matter, the Claimant/Respondent objects to the continuation of these administrative proceedings and incorporates by reference the pending Notice of Federal Judicial Intervention under **AAA Consumer Rule R-2(c)**, which mandates a 90-day suspension of this arbitration.

Without waiving this mandatory stay or submitting to the jurisdiction of the arbitrator, the Claimant/Respondent generally denies each and every material allegation, claim, and demand for attorney's fees or costs contained within the opposing party's amended filings. The Claimant/Respondent explicitly reserves the right to fully amend this Answer, assert all relevant counterclaims, and raise all applicable affirmative defenses—including but not limited to **waiver, laches, estoppel, and unclean hands**—should the federal court permit this arbitration to proceed at a later date.

Dated: August __5__, 2026

Respectfully submitted,

Renee Russell