# Exhibit O

# The Florida Bar

Orlando Branch Office
The Gateway Center
1000 Legion Place, Suite 1625
Orlando, FL 32801
(407) 425-5424

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.floridabar.org**

June 22, 2026

Mr. Aaron Nava
2200 Ross Ave., Suite 2800
Dallas, TX 75201

Re: Unlicensed Practice of Law Investigation of Aaron Nava
Case No. 20263132(9B)

Dear Mr. Nava:

As you will recall, Renee Russell filed an unlicensed practice of law complaint alleging you were representing her former employer in her employment discrimination complaint. Our office conducted a staff-level investigation and considered your response where you claim the Equal Employment Opportunity Commission (EEOC) does not impose any requirement that an attorney be licensed in the state in which the charge of discrimination is pending. After reviewing the EEOC's rules, we confirmed a person does not have to be a licensed attorney to represent a party before the EEOC during the administrative process.

As such, we are closing our file on this matter. Please note the action in this case will not preclude future investigations in the event we receive additional complaints. If you have any questions, please feel free to contact me.

Sincerely,

Tanya R. Downs
Bar Counsel
UPL Department, Orlando