**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:26-CV-01650-JSS-DCI

RENEE RUSSELL (FORMERLY RENEE PEREZ),

Plaintiff,

v.
PENNYMAC LOAN SERVICES LLC, a/k/a
PRIVATE NATIONAL MORTGAGE ACCEPTANCE
COMPANY, LLC,

Defendant.

_________________________________

**DEFENDANT'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

PennyMac Financial Services, Inc. (NYSE: PFSI) ("PFSI") is a publicly held corporation owning approximately 67.5% of defendant Private National Mortgage Acceptance Company, LLC ("PNMAC").

PNMAC Holdings, Inc. is a corporation owning approximately 32.5% of PNMAC.

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

N/A

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   Paul G. Nason, counsel for Defendant (motion for special admission forthcoming)

   Aaron S. Nava, counsel for Defendant (motion for special admission forthcoming)

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   N/A

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   N/A

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   N/A

## Citizenship Information

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   N/A

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   N/A

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.
Florida Bar No. 98496
dale.evans@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
777 S. Flagler Drive,
Suite 215 East Tower
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile:(561) 655-8719

Counsel for Defendant Private National Mortgage Acceptance Company, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF. Because Plaintiff is a pro se litigant who may not be a registered CM/ECF user, a true and correct copy of the foregoing was also served via U.S. First-Class Mail, postage prepaid, addressed to:

Renee Russell
6929 Five Oaks Drive
Harmony, FL 34773

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.

333551312