**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:26-CV-01650-JSS-DCI

RENEE RUSSELL (formerly Renee Perez),

Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC, a/k/a
PRIVATE NATIONAL MORTGAGE
ACCEPTANCE COMPANY, LLC,

Defendant.
______________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

AAA Arbitration No. 01-26-0003-0556, *Renee Russell v. Private National Mortgage Acceptance Company, LLC*

______ IS NOT related to any pending or closed civil or criminal case file with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 3, 2026

*/s/ Dale A. Evans, Jr.*
Dale A. Evans, Jr.
Florida Bar No. 98496
dale.evans@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
777 S. Flagler Drive, Suite 215-E
West Palm Beach, FL 33401
Telephone: (561) 833-7700
Facsimile:(561) 655-8719

*Counsel for Defendant Private National Mortgage Acceptance Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2026, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF. Because Plaintiff is a pro se litigant who may not be a registered CM/ECF user, a true and correct copy of the foregoing was also served via U.S. First-Class Mail, postage prepaid, addressed to:

Renee Russell
6929 Five Oaks Drive
Harmony, FL 34773

*/s/ Dale A. Evans Jr.*
Dale A. Evans Jr.

334114260