Renee Russell
6929 Five Oaks Dr
Harmony FL 34773

ORLANDO FL 328
9 NOV 2026 PM 2 L

US Middle District Court of Florida Orlando
401 W. Central Blvd
Orlando FL 32801
Attn: Clerk of Court Case# 6:26CV01650
JSS-DCI

32801-040199

